IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID ANDERSON                                                                                              PLAINTIFF

v.                                            No. 2:12CV00184 JLH

CITY OF HELENA-WEST HELENA;
and ULESS WALLACE, individually
and as Police Chief                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the defendants on the claims of David Anderson. This action is dismissed with prejudice.

IT IS SO ORDERED this 6th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE